IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY ODEN, Individually and on**     **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

vs.     No. 4:19-cv-693-BRW

**SHANE SMITH ENTERPRISES, INC.**     **DEFENDANT**

### PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES

COMES NOW Plaintiff Kimberly Oden ("Plaintiff"), by and through her attorneys Courtney Lowery and Josh Sanford of the Sanford Law Firm, PLLC, and for her Motion for Costs and Attorneys' Fees states as follows:

1. On August 3, 2020, the parties agreed to settle Plaintiff's claim for the amount of $350.00.

2. The parties were not able to resolve the issue of attorney's fees.

3. The FLSA requires that in an action for unpaid minimum wages under the Act, the Court "shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action." 29 U.S.C. § 216(b).

4. Similarly, the AMWA provides that a court may award costs and reasonable attorneys' fees against "[a]ny employer who pays any employee less than the minimum wages, including overtime compensation . . . to which the employee is entitled under or by virtue of [the AMWA]." Ark. Code Ann. § 11-4-218(a).

5. As explained in the Brief filed herewith, a reasonable fee is the product of attorney hours and the market rate of the attorneys performing the work.

6. As shown on the Billing Spreadsheet attached hereto as Exhibit 1, Plaintiff incurred $6,642.50 in attorneys' fees through November 30, 2020. However, in order to comply with prior orders from this Court, Plaintiff's counsel significantly reduced both their hourly rate and the hours claimed, and are claiming only $4,435.00 in attorneys' fees.

7. Plaintiff is also entitled to recover the $450.00 in costs she incurred when filing this lawsuit under the FLSA, 29 U.S.C. § 216(b), and under Rule 54(d).

8. Accordingly, Plaintiff requests a total award of costs and attorneys' fees in the amount of $4,885.00.

9. If Defendant responds to this Motion, and Plaintiff's counsel determines that, in their professional judgment, a Reply to the Response is required, Plaintiff reserves the right to request additional fees for the time spent drafting that Reply.

10. Plaintiff's counsel's *actual* billing in this matter was $6,642.50. *See* Decl. of Sanford at ¶ 45, Exhibit 2. The amount requested in this Motion reflects counsel's efforts to eliminate duplicative, excessive, or unclear entries from their billing records. *Id.*

11. In support of this Motion, Plaintiff attaches hereto and incorporates herein the following exhibits:

   Exhibit 1: Billing Entries Spreadsheet Sorted by Date;
   Exhibit 2: Declaration of Attorney Josh Sanford; and
   Exhibit 3: Costs Invoice.

12. This Motion is supported by a Memorandum Brief filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that her Motion for Costs and Attorneys' Fees be granted in its entirety, that the Court award Plaintiff fees and costs in the amount of $4,885.00, and for all other just and equitable relief to which Plaintiff may be entitled.

    Respectfully submitted,

    **PLAINTIFF KIMBERLY ODEN**

    SANFORD LAW FIRM, PLLC
    ONE FINANCIAL CENTER
    650 SOUTH SHACKLEFORD, SUITE 411
    LITTLE ROCK, ARKANSAS 72211
    TELEPHONE: (501) 221-0088
    FACSIMILE: (888) 787-2040

    Courtney Lowery
    Ark Bar No. 2019236
    courtney@sanfordlawfirm.com

    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com