| Date Billed on | Billed By | Description | Actual Time | Actual Charge | Claimed rate | Actual rate | % Reduction (hourly rate) | Time Claimed | Amount Claimed | % Reduction (time claimed) | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2019 | Josh Sanford | Examination of IOMS: new case | 0.2 | $50.00 | $250.00 | $325.00 | 23% | 0.2 | $50.00 | 0.00% | Case Management |
| 10/1/2019 | Stacy Gibson | Receive, read and prepare response to email(s) from firm re: intake documents, conflict check; conference with staff re: the same | 0.1 | $15.00 | $150.00 | $190.00 | 21% | 0 | $0.00 | 100.00% | Case Management |
| 10/1/2019 | Anna Stiritz | Receive and open firm file | 0.3 | $60.00 | $200.00 | $250.00 | 20% | 0.3 | $60.00 | 0.00% | Case Management |
| 10/1/2019 | Josh Sanford | Receive and open firm file | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 10/1/2019 | Josh Sanford | Telephone Conference(s) with AS: merits | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 10/2/2019 | Courtney Lowery | Work on Client's file: research Defendant; phone call with client re pay structure and duties; Draft Complaint, Summons, CTJ, and CCS; Conference with JS | 3.3 | $330.00 | $100.00 | $150.00 | 33% | 3.3 | $330.00 | 0.00% | Complaint |
| 10/2/2019 | Josh Sanford | Editing and revision of complaint | 0.3 | $75.00 | $250.00 | $325.00 | 23% | 0.3 | $75.00 | 0.00% | Complaint |
| 10/2/2019 | Josh Sanford | Editing and revision of summons and CCS | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Complaint |
| 10/2/2019 | Josh Sanford | Discussion of case status and directing case strategy to Attorney SR (Edits) | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 10/2/2019 | Josh Sanford | Conference with CL: complaint | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 10/3/2019 | Josh Sanford | Examination of filed case; judge assignment | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Case Management |
| 10/3/2019 | Josh Sanford | Work on Client's file: prep for filing | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 10/3/2019 | Law Clerk | Filing of | 1 | $25.00 | $25.00 | $25.00 | 0% | 0 | $0.00 | 100.00% | Case Management |
| 10/3/2019 | Sean Short | Receipt and review of summons issued; conference with staff regarding service of process. | 0.1 | $15.00 | $150.00 | $175.00 | 14% | 0 | $0.00 | 100.00% | Complaint |
| 10/3/2019 | Josh Sanford | Conference with CL: filing today | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 10/3/2019 | Josh Sanford | Conference with Staff: filing today | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 10/3/2019 | Josh Sanford | Conference with SS: initiating service of process | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 10/4/2019 | Josh Sanford | Conference with process server | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Complaint |
| 10/7/2019 | Steve Rauls | Examination of file for internal tracking | 0.1 | $20.00 | $200.00 | $225.00 | 11% | 0 | $0.00 | 100.00% | Case Management |
| 10/8/2019 | Josh Sanford | Conference with process server | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Complaint |
| 10/9/2019 | Josh Sanford | Examination of Return of summons-filed | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 10/9/2019 | Tracy Freeman | Work on Client's file: save return of service; calendar def's answer deadline | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Case Management |
| 10/9/2019 | Sean Short | Filing of summons returned executed. | 0.1 | $15.00 | $150.00 | $175.00 | 14% | 0 | $0.00 | 100.00% | Case Management |
| 10/9/2019 | Sean Short | Receipt and review of summons returned executed; save to file. | 0.1 | $15.00 | $150.00 | $175.00 | 14% | 0 | $0.00 | 100.00% | Case Management |
| 10/25/2019 | Josh Sanford | Examination of IOM: client contact | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 10/25/2019 | Josh Sanford | Examination of NOA-Williams | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Case Management |
| 10/25/2019 | Josh Sanford | Examination of answer | 0.3 | $75.00 | $250.00 | $325.00 | 23% | 0.3 | $75.00 | 0.00% | Case Management |
| 10/25/2019 | Josh Sanford | Preparation and drafting of IOM: next steps | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 10/28/2019 | Courtney Lowery | Work on Client's file: review Answer; conference with JS; email to client re additional plaintiffs | 0.3 | $30.00 | $100.00 | $150.00 | 33% | 0.3 | $30.00 | 0.00% | Case Management |
| 10/28/2019 | Josh Sanford | Discussion of case status and directing case strategy to Attorney CL | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 10/29/2019 | Courtney Lowery | Telephone Conference(s) between Attorney and Client re additional plaintiffs | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Client Communication |
| 11/4/2019 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 11/4/2019 | Tracy Freeman | Work on Client's file: save ISO; calendar deadlines | 0.2 | $5.00 | $25.00 | $25.00 | 0% | 0.2 | $5.00 | 0.00% | Case Management |
| 12/31/2019 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 12/31/2019 | Courtney Lowery | Preparation and drafting of Joint 26(f) Report | 0.4 | $40.00 | $100.00 | $150.00 | 33% | 0.4 | $40.00 | 0.00% | Case Management |
| 1/2/2020 | Josh Sanford | Editing and revision of 26f report | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Case Management |
| 1/2/2020 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 1/2/2020 | Josh Sanford | Conference with CL: case managment | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 1/2/2020 | Josh Sanford | Examination of email to OC, with report | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 1/2/2020 | Josh Sanford | Examination of OC email | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Opposing Counsel Communication |
| 1/3/2020 | Josh Sanford | Editing and revision of revised 26f | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Case Management |
| 1/3/2020 | Courtney Lowery | Receipt and review of OC's edits to 26(f) report | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Case Management |
| 1/3/2020 | Josh Sanford | Examination of email form OC-26f | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 1/3/2020 | Josh Sanford | Examination of email to OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Opposing Counsel Communication |
| 1/6/2020 | Tracy Freeman | Receipt and review of Rule 26(f) Report; save in file; calendar deadline | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Case Management |
| 1/6/2020 | Courtney Lowery | Work on Client's file: efile 26(f) report | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Case Management |

| Date | Person | Description | Hours | | | | | | | | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/6/2020 | Josh Sanford | Examination of filed 26f report | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 1/6/2020 | Josh Sanford | Examination of email from OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 1/7/2020 | Josh Sanford | Examination of FSO | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Case Management |
| 1/10/2020 | Tracy Freeman | Receipt and review of filed FSO; save in file; calendar deadline | 0.4 | $10.00 | $25.00 | $25.00 | 0% | 0.4 | $10.00 | 0.00% | Case Management |
| 1/28/2020 | Courtney Lowery | Work on Client's file: review file and status of case | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Case Management |
| 1/29/2020 | Josh Sanford | Editing and revision of initial disclosures | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Case Management |
| 1/29/2020 | Courtney Lowery | Conference with JS re class, call to OC (vm), edit initial disclosures, email to OC | 0.2 | $20.00 | $100.00 | $150.00 | 33% | 0.2 | $20.00 | 0.00% | Case Management |
| 1/29/2020 | Courtney Lowery | Preparation and drafting of initial disclosures | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Case Management |
| 1/29/2020 | Josh Sanford | Conference with CL: OC email | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 1/29/2020 | Josh Sanford | Discussion of case status and directing case strategy to Attorney CL | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 1/29/2020 | Josh Sanford | Examination of email to OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 1/29/2020 | Josh Sanford | Examination of Def's disclosures | 0.2 | $50.00 | $250.00 | $325.00 | 23% | 0.2 | $50.00 | 0.00% | Opposing Counsel Communication |
| 1/29/2020 | Josh Sanford | Telephone Conference(s) with OC - VM | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Opposing Counsel Communication |
| 1/29/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC: settlement | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Settlement Related |
| 1/30/2020 | Courtney Lowery | Receipt and review of Def's Initial Disclosures | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Case Management |
| 1/30/2020 | Josh Sanford | Conference with CL: | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 1/30/2020 | Josh Sanford | Examination of email from OCs | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 1/30/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC: informal discovery/settlement | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Settlement Related |
| 1/31/2020 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 2/1/2020 | Josh Sanford | Examination of OC email | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 2/1/2020 | Josh Sanford | Examination of OC email | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Opposing Counsel Communication |
| 2/3/2020 | Josh Sanford | Receive, read and prepare response to email(s) from CL: calculating damages | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 2/7/2020 | Marley Cash-Powell | Preparation and drafting of NOA-CL | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Case Management |
| 3/4/2020 | Josh Sanford | Conference with CL: strategy | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 3/4/2020 | Josh Sanford | Receive, read and prepare response to email(s) from CL: demand | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 3/4/2020 | Courtney Lowery | Conference with JS re settlement; calculate damages; draft proposed settlement email to OC | 0.8 | $80.00 | $100.00 | $150.00 | 33% | 0.8 | $80.00 | 0.00% | Settlement Related |
| 3/5/2020 | Courtney Lowery | Receive, read and prepare response to email(s) from JS; send email re settlement to OC | 0.2 | $20.00 | $100.00 | $150.00 | 33% | 0.2 | $20.00 | 0.00% | In House Conference |
| 3/5/2020 | Josh Sanford | Examination of demand to OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Settlement Related |
| 4/15/2020 | Josh Sanford | Examination of OC email | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Opposing Counsel Communication |
| 4/15/2020 | Courtney Lowery | Receipt and review of email from OC re settlement | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Settlement Related |
| 4/21/2020 | Courtney Lowery | Conference with JS re settlement | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | In House Conference |
| 4/21/2020 | Courtney Lowery | Preparation and drafting of email to OC re settlement | 0.4 | $40.00 | $100.00 | $150.00 | 33% | 0.4 | $40.00 | 0.00% | Settlement Related |
| 4/21/2020 | Josh Sanford | Conference with CL: counteroffer | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Settlement Related |
| 4/21/2020 | Josh Sanford | Editing and revision of email to OC-discovery/damages | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Settlement Related |
| 4/22/2020 | Courtney Lowery | Telephone Conference(s) between Attorney and Client re settlement; conference with JS re same | 0.4 | $40.00 | $100.00 | $150.00 | 33% | 0.4 | $40.00 | 0.00% | Client Communication |
| 4/22/2020 | Josh Sanford | Receive, read and prepare response to email(s) from CL: offer from OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 4/22/2020 | Josh Sanford | Telephone Conference(s) with CL: offer; call with client | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 4/22/2020 | Josh Sanford | Examination of email to OC-settlement | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Settlement Related |
| 4/23/2020 | Courtney Lowery | Compose electronic communication to client re Def's settlement offer | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Client Communication |
| 5/4/2020 | Courtney Lowery | Compose electronic communication to client re evidence of OTC work | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Client Communication |
| 6/4/2020 | Courtney Lowery | Telephone Conference(s) between Attorney and Client re settlement and phone records | 0.2 | $20.00 | $100.00 | $150.00 | 33% | 0.2 | $20.00 | 0.00% | Client Communication |
| 6/29/2020 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 6/29/2020 | Courtney Lowery | Compose electronic communication to client re phone records | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Client Communication |
| 7/20/2020 | Cagney Kilgroe | Work on Client's file: Organize intake documentation | 0.4 | $10.00 | $25.00 | $25.00 | 0% | 0.4 | $10.00 | 0.00% | Case Management |
| 7/20/2020 | Courtney Lowery | Work on Client's file: review deadlines; send text to client re phone records | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Client Communication |
| 7/20/2020 | Courtney Lowery | Receipt and review of phone records from client; send to CK | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Discovery Related |
| 7/21/2020 | Courtney Lowery | Conference with CK re damages; create excel damages framework | 0.3 | $30.00 | $100.00 | $150.00 | 33% | 0.3 | $30.00 | 0.00% | Case Management |
| 7/21/2020 | Courtney Lowery | Analyze phone records; conference with CK re updated damages | 0.3 | $30.00 | $100.00 | $150.00 | 33% | 0.3 | $30.00 | 0.00% | Discovery Related |
| 7/21/2020 | Cagney Kilgroe | Work on Client's file: damage calculations | 0.8 | $20.00 | $25.00 | $25.00 | 0% | 0.8 | $20.00 | 0.00% | Discovery Related |
| 7/21/2020 | Cagney Kilgroe | Work on Client's file: damage calculations | 1 | $25.00 | $25.00 | $25.00 | 0% | 1 | $25.00 | 0.00% | Discovery Related |
| 7/21/2020 | Courtney Lowery | Conference with JS re discovery and damages | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | In House Conference |

| Date | Attorney | Description | Hours | Amount | Rate | Adj Rate | % | Adj Hrs | Adj Amt | Reduction | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/21/2020 | Courtney Lowery | Conference with CK re damages calculations | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | In House Conference |
| 7/21/2020 | Josh Sanford | Conference with CL: supp discovery | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 7/22/2020 | Josh Sanford | Examination of FSO | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Case Management |
| 7/22/2020 | Josh Sanford | Editing and revision of supp disclosures | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Case Management |
| 7/22/2020 | Courtney Lowery | Work on Client's file: damages calculations; draft supplemental initial disclosures; draft email to OC | 0.8 | $80.00 | $100.00 | $150.00 | 33% | 0.8 | $80.00 | 0.00% | Discovery Related |
| 7/22/2020 | Cagney Kilgroe | Work on Client's file: damage calculations | 1.5 | $37.50 | $25.00 | $25.00 | 0% | 1.5 | $37.50 | 0.00% | Discovery Related |
| 7/22/2020 | Courtney Lowery | Work on Client's file: finalize damage calculations; edit and revision of supplemental disclosures; send to OC; draft email to OC re settlement | 0.7 | $70.00 | $100.00 | $150.00 | 33% | 0.7 | $70.00 | 0.00% | Discovery Related |
| 7/22/2020 | Josh Sanford | Receive, read and prepare response to email(s) from CL: discovery, damages | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 7/22/2020 | Courtney Lowery | Conference with JS re supplemental disclosures and damages | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | In House Conference |
| 7/22/2020 | Anne Paul | Conference with CL re phone records, combine files into one | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | In House Conference |
| 7/22/2020 | Anne Paul | Conference with CL re compressing phone records | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | In House Conference |
| 7/22/2020 | Josh Sanford | Editing and revision of emails to OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 7/22/2020 | Josh Sanford | Examination of emails to OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 7/22/2020 | Josh Sanford | Examination of OC email | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Opposing Counsel Communication |
| 7/23/2020 | Josh Sanford | Preparation and drafting of IOMS: R68 offer | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 7/23/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC: R68 offer | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 7/23/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC: necessity of separate negotiation | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 7/24/2020 | Josh Sanford | Receive, read and prepare response to email(s) from CL: new demand | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 7/24/2020 | Courtney Lowery | Receive, read and prepare response to email(s) from OC and JS re offer of judgment | 0.2 | $20.00 | $100.00 | $150.00 | 33% | 0.2 | $20.00 | 0.00% | Opposing Counsel Communication |
| 7/24/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC: offer, relevant case law | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 7/24/2020 | Courtney Lowery | Receipt and review of email from OC; phone call to client re damages; draft email to OC re settlement | 0.2 | $20.00 | $100.00 | $150.00 | 33% | 0.2 | $20.00 | 0.00% | Settlement Related |
| 7/27/2020 | Courtney Lowery | Receive, read and prepare response to email(s) from OC | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Opposing Counsel Communication |
| 7/27/2020 | Josh Sanford | Examination of emails with OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 7/29/2020 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 8/3/2020 | Courtney Lowery | Conference with JS re attorneys fees and Motion for Recusal | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | In House Conference |
| 8/3/2020 | Josh Sanford | Conference with CL: settlement | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 8/3/2020 | Josh Sanford | Examination of email to OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 8/3/2020 | Josh Sanford | Examination of OC email | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Opposing Counsel Communication |
| 8/3/2020 | Courtney Lowery | Receive, read and prepare response to email(s) from OC re settlement | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Settlement Related |
| 8/3/2020 | Josh Sanford | Editing and revision of demand to OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Settlement Related |
| 8/5/2020 | Anne Paul | Conference with CL re NOA | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Case Management |
| 8/5/2020 | Stacy Gibson | Conference with CL re: motion for recusal | 0.1 | $15.00 | $150.00 | $190.00 | 21% | 0 | $0.00 | 100.00% | In House Conference |
| 8/5/2020 | Anne Paul | Receive, read and prepare response to email(s) from CL re NOA | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | In House Conference |
| 8/5/2020 | Courtney Lowery | Preparation and drafting of Motion for Recusal | 0.5 | $50.00 | $100.00 | $150.00 | 33% | 0.5 | $50.00 | 0.00% | Motion for Recusal |
| 8/6/2020 | Josh Sanford | Editing and revision of NOA-CL | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Case Management |
| 8/6/2020 | Josh Sanford | Editing and revision of NOA-CL | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 8/6/2020 | Josh Sanford | Discussion of case status and directing case strategy to Attorney CL | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 8/6/2020 | Josh Sanford | Discussion of case status and directing case strategy to Attorney CL | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 8/6/2020 | Courtney Lowery | Preparation and drafting of Motion for Recusal | 0.4 | $40.00 | $100.00 | $150.00 | 33% | 0.4 | $40.00 | 0.00% | Motion for Recusal |
| 9/10/2020 | Josh Sanford | Conference with CL: status of case, deadlines | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 9/11/2020 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 9/14/2020 | Josh Sanford | Examination of IOM: settlement status | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 9/14/2020 | Courtney Lowery | Conference with JS re fee request | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | In House Conference |
| 9/14/2020 | Courtney Lowery | Conference with JS re attorneys fees | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | In House Conference |
| 9/14/2020 | Josh Sanford | Conference with CL: (status, settlement) | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 9/14/2020 | Josh Sanford | Conference with CL: call with OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 9/14/2020 | Courtney Lowery | Telephone Conference(s) with OC (left vm) re fees | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0 | $0.00 | 100.00% | Opposing Counsel Communication |
| 9/14/2020 | Courtney Lowery | Receive, read and prepare response to email(s) from OC re telephone conference | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Opposing Counsel Communication |
| 9/14/2020 | Courtney Lowery | Telephone Conference(s) with OC re settlement | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Opposing Counsel Communication |
| 9/14/2020 | Courtney Lowery | Compose electronic communication to OC re attorneys fees | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Opposing Counsel Communication |
| 9/14/2020 | Josh Sanford | Examination of emails with OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |

| Date | Timekeeper | Description | Hours | Amount | Rate | Billed | % | Hours | Amount | % | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/14/2020 | Josh Sanford | Examination of demand to OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 9/15/2020 | Courtney Lowery | Preparation and drafting of Motion for Attorneys' Fees | 0.6 | $60.00 | $100.00 | $150.00 | 33% | 0 | $0.00 | 100.00% | Fee Petition |
| 9/15/2020 | Courtney Lowery | Conference with JS re fee petition | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0 | $0.00 | 100.00% | In House Conference |
| 9/15/2020 | Courtney Lowery | Conference with SR re fee petition | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0 | $0.00 | 100.00% | In House Conference |
| 9/15/2020 | Steve Rauls | Conference with CL regarding fee petition | 0.1 | $20.00 | $200.00 | $225.00 | 11% | 0 | $0.00 | 100.00% | In House Conference |
| 9/15/2020 | Josh Sanford | Examination of OC email; conf with CL | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Opposing Counsel Communication |
| 9/16/2020 | Courtney Lowery | Preparation and drafting of fee petition; conference with SR re same | 4.7 | $470.00 | $100.00 | $150.00 | 33% | 1 | $100.00 | 78.72% | Fee Petition |
| 9/16/2020 | Steve Rauls | Conference with CL regarding fee petition and billing records | 0.1 | $20.00 | $200.00 | $225.00 | 11% | 0 | $0.00 | 100.00% | In House Conference |
| 9/16/2020 | Josh Sanford | Conference with CL: fee request | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 9/17/2020 | Tracy Freeman | Work on Client's file: process ECFs. | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Case Management |
| 9/17/2020 | Courtney Lowery | Filing of NOA and Notice of Settlement | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Case Management |
| 9/17/2020 | Tracy Freeman | Work on Client's file: process ECFs. | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Case Management |
| 9/17/2020 | Courtney Lowery | Editing and revision of fee petition and declaration; conference with JS re same | 0.7 | $70.00 | $100.00 | $150.00 | 33% | 0 | $0.00 | 100.00% | Fee Petition |
| 9/17/2020 | Stacy Gibson | Receive, read and prepare response to email(s) from CL re: example settlement agreement | 0.2 | $30.00 | $150.00 | $190.00 | 21% | 0.2 | $30.00 | 0.00% | In House Conference |
| 9/17/2020 | Josh Sanford | Conference with CL: joint motion to approve | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | In House Conference |
| 9/17/2020 | Courtney Lowery | Compose electronic communication to SG re SA template; respond to OC email re settlement agreement draft | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Opposing Counsel Communication |
| 9/17/2020 | Josh Sanford | Examination of emails with OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Opposing Counsel Communication |
| 9/17/2020 | Courtney Lowery | Preparation and drafting of Joint Notice of Liability Settlement; send to OC | 0.3 | $30.00 | $100.00 | $150.00 | 33% | 0.3 | $30.00 | 0.00% | Settlement Related |
| 9/17/2020 | Josh Sanford | Editing and revision of JNOS-Laibility | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Settlement Related |
| 9/17/2020 | Josh Sanford | Examination of email to OC- with JNOS | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Settlement Related |
| 9/21/2020 | Stacy Gibson | Receive, read and prepare response to email(s) from TO and CL re: settlement agreement language | 0.1 | $15.00 | $150.00 | $190.00 | 21% | 0.1 | $15.00 | 0.00% | In House Conference |
| 9/21/2020 | Thomas Odom | Work on Client's file: phone call w/ CL re SA language reserving attorneys fees issue. reviewed nmsa terms and emailed CL and SG | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0 | $0.00 | 100.00% | Settlement Related |
| 9/21/2020 | Courtney Lowery | Preparation and drafting of settlement agreement | 0.6 | $60.00 | $100.00 | $150.00 | 33% | 0.6 | $60.00 | 0.00% | Settlement Related |
| 9/21/2020 | Courtney Lowery | Editing and revision of Settlement Agreement | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Settlement Related |
| 9/26/2020 | Stacy Gibson | Editing and revision of settlement agreement and email to CL and SB re: agreement, motion for approval | 0.4 | $60.00 | $150.00 | $190.00 | 21% | 0.4 | $60.00 | 0.00% | Settlement Related |
| 9/28/2020 | Josh Sanford | Examination of email to OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 9/28/2020 | Courtney Lowery | Edit and revision of settlement agreement; send to OC | 0.2 | $20.00 | $100.00 | $150.00 | 33% | 0.2 | $20.00 | 0.00% | Settlement Related |
| 9/30/2020 | Sean Short | Conference with CL via telephone regarding draft settlement agreement. | 0.1 | $15.00 | $150.00 | $175.00 | 14% | 0 | $0.00 | 100.00% | In House Conference |
| 9/30/2020 | Courtney Lowery | Conference with KG re client signature of settlement agreement and settlement provisions (email) | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0 | $0.00 | 100.00% | In House Conference |
| 9/30/2020 | Josh Sanford | Examination of emails with OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 9/30/2020 | Courtney Lowery | Preparation and drafting of Joint Motion to Approve Settlement | 0.7 | $70.00 | $100.00 | $150.00 | 33% | 0.7 | $70.00 | 0.00% | Settlement Related |
| 9/30/2020 | Courtney Lowery | Editing and revision of Motion for Approval; send to OC | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Settlement Related |
| 9/30/2020 | Josh Sanford | Editing and revision of joint motion-approval | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Settlement Related |
| 10/1/2020 | Josh Sanford | Read and review ECF #, | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 10/1/2020 | Courtney Lowery | Work on Client's file: complete settlement card in SF | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0 | $0.00 | 100.00% | Case Management |
| 10/1/2020 | Courtney Lowery | Preparation and drafting of Joint Motion for Extension; send to OC for review | 0.3 | $30.00 | $100.00 | $150.00 | 33% | 0.3 | $30.00 | 0.00% | Case Management |
| 10/1/2020 | Courtney Lowery | Preparation and Drafting of Motion for Extension; phone calls to OC (left vm) and OC's staff re possibility of filing Joint Motion; efile Motion | 0.4 | $40.00 | $100.00 | $150.00 | 33% | 0.4 | $40.00 | 0.00% | Case Management |
| 10/1/2020 | Josh Sanford | Editing and revision of joint motion | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Case Management |
| 10/1/2020 | Josh Sanford | Editing and revision of revised joint motion | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 10/1/2020 | Josh Sanford | Examination of order | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Case Management |
| 10/1/2020 | Kaylee Gould | Telephone Conference(s) with Kimberly Oden re settlement agreement | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Client Communication |
| 10/1/2020 | Kaylee Gould | Compose electronic communication to Kimberly Oden re settlement agreement to sign | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Client Communication |
| 10/1/2020 | Kaylee Gould | Telephone Conference(s) with Kimberly Oden re attorneys fees | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Client Communication |
| 10/1/2020 | Kaylee Gould | Conference with CL re contacting client re settlement agreement | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Client Communication |
| 10/1/2020 | Kaylee Gould | Compose electronic communication (text) to Kimberly Oden re settlement agreement | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Client Communication |
| 10/1/2020 | Kaylee Gould | Conference with CL re attorneys fees | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | In House Conference |

| Date | Attorney | Description | Hours | Amount | Rate | Adj Rate | % | Adj Hours | Adj Amount | Reduction | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2020 | Courtney Lowery | Conference with KG re client signature on SA | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | In House Conference |
| 10/1/2020 | Josh Sanford | Receive, read and prepare response to email(s) from CL: contact from OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 10/1/2020 | Courtney Lowery | Preparation and drafting of Motion for Recusal and BIS | 0.7 | $70.00 | $100.00 | $150.00 | 33% | 0.7 | $70.00 | 0.00% | Motion for Recusal |
| 10/2/2020 | Courtney Lowery | Telephone Conference(s) between Attorney and Client re settlement agreement | 0.4 | $40.00 | $100.00 | $150.00 | 33% | 0.4 | $40.00 | 0.00% | Client Communication |
| 10/2/2020 | Kaylee Gould | Receive, read and prepare response to text(s) from Kimberly Oden re concerns re signing settlement agreement | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Client Communication |
| 10/2/2020 | Courtney Lowery | Compose electronic communication re signed settlement agreement | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Client Communication |
| 10/2/2020 | Courtney Lowery | Conference with KG re client signature for settlement agreement | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | In House Conference |
| 10/2/2020 | April Rhéaume | Conference with CL re: client settlement agreement | 0.1 | $15.00 | $150.00 | $200.00 | 25% | 0 | $0.00 | 100.00% | In House Conference |
| 10/2/2020 | Kaylee Gould | Conference with CL re settlement agreement signed by Kimberly Oden (email) | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | In House Conference |
| 10/2/2020 | Kaylee Gould | Conference with CL re Kimberly Oden text messages re concerns re signing settlement agreement (email, in person) | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | In House Conference |
| 10/2/2020 | Josh Sanford | Conference with VK: motion for recusal | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | In House Conference |
| 10/2/2020 | Josh Sanford | Examination of two emails from OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 10/2/2020 | Kaylee Gould | Receipt and review of settlement agreement signed by Kimberly Oden | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Settlement Related |
| 10/4/2020 | Josh Sanford | Work on Client's file: recusal issue (Oct 1 through 4) | 0.7 | $175.00 | $250.00 | $325.00 | 23% | 0.7 | $175.00 | 0.00% | Motion for Recusal |
| 10/12/2020 | Tracy Freeman | Work on Client's file: process ECFs. | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Case Management |
| 10/13/2020 | Tracy Freeman | Work on Client's file: process ECFs. | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Case Management |
| 11/10/2020 | Courtney Lowery | Telephone Conference with OC (left vm) re signed settlement agreement | 0.2 | $20.00 | $100.00 | $150.00 | 33% | 0 | $0.00 | 100.00% | Settlement Related |
| 11/11/2020 | Josh Sanford | Examination of settlement filings | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0 | $0.00 | 100.00% | Case Management |
| 11/11/2020 | Courtney Lowery | Telephone Conference(s) with client re status of settlement | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Client Communication |
| 11/11/2020 | Josh Sanford | Examination of emails with OC | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Opposing Counsel Communication |
| 11/11/2020 | Courtney Lowery | Compose electronic communication with OC re settlement agreement | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Settlement Related |
| 11/11/2020 | Courtney Lowery | Filing of Joint Motion to Approve Settlement; conference with SB re same | 0.2 | $20.00 | $100.00 | $150.00 | 33% | 0.2 | $20.00 | 0.00% | Settlement Related |
| 11/16/2020 | Tracy Freeman | Work on Client's file: process ECFs. | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Case Management |
| 11/16/2020 | Tracy Freeman | Work on Client's file: process ECFs. | 0.1 | $2.50 | $25.00 | $25.00 | 0% | 0.1 | $2.50 | 0.00% | Case Management |
| 11/17/2020 | Courtney Lowery | Telephone Conference(s) between Attorney and Client re status of settlement | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | Client Communication |
| 11/17/2020 | Courtney Lowery | Conference with RM re Motion for Fees | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0 | $0.00 | 100.00% | In House Conference |
| 11/17/2020 | Rebecca Matlock | Email Conference with CL and JS about drafting a fee petition | 0.1 | $15.00 | $150.00 | $190.00 | 21% | 0 | $0.00 | 100.00% | In House Conference |
| 11/17/2020 | Rebecca Matlock | Email Conference with TF to request excel invoice for fee petition | 0.1 | $15.00 | $150.00 | $190.00 | 21% | 0.1 | $15.00 | 0.00% | In House Conference |
| 11/18/2020 | Rebecca Matlock | Preparation and Drafting of Fee Petition--preparing and editing invoice | 2 | $300.00 | $150.00 | $190.00 | 21% | 1 | $150.00 | 50.00% | Fee Petition |
| 11/18/2020 | Courtney Lowery | Conference with JS and RM re fee petition and Motion to Recuse | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | In House Conference |
| 11/19/2020 | Rebecca Matlock | Preparation and Drafting of Fee Petition--preparing and editing invoice | 0.5 | $75.00 | $150.00 | $190.00 | 21% | 0 | $0.00 | 100.00% | Fee Petition |
| 11/19/2020 | Courtney Lowery | Receive, read and prepare response to email(s) from JS re Motion to Recuse | 0.1 | $10.00 | $100.00 | $150.00 | 33% | 0.1 | $10.00 | 0.00% | In House Conference |
| 11/19/2020 | Courtney Lowery | Preparation and Drafting of Motion for Recusal | 1.1 | $110.00 | $100.00 | $150.00 | 33% | 1.1 | $110.00 | 0.00% | Motion for Recusal |
| 11/20/2020 | Rebecca Matlock | Preparation and Drafting of Fee Petition | 1.5 | $225.00 | $150.00 | $190.00 | 21% | 1 | $150.00 | 33.33% | Fee Petition |
| 11/30/2020 | Courtney Lowery | Editing and revision of Fee Petition | 0.5 | $50.00 | $100.00 | $150.00 | 33% | 0.3 | $30.00 | 40.00% | Fee Petition |
| 11/30/2020 | Josh Sanford | Editing and revision of Fee Petition | 0.1 | $25.00 | $250.00 | $325.00 | 23% | 0.1 | $25.00 | 0.00% | Fee Petition |