| Date | Description | Amount |
|---|---|---|
| 10/3/2020 | Filing Fee | $400.00 |
| 10/4/2020 | Service Fee-APS | $50.00 |
| | **Total** | **$450.00** |