IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY ODEN, Individually and**
**on Behalf of All Others Similarly Situated**                                    PLAINTIFF

VS.                                    4:19-CV-00693-BRW

**SHANE SMITH ENTERPRISES, INC.**                                    DEFENDANTS

### ORDER

Plaintiff's Motion to Recuse (Doc. No. 16) is DENIED.

The suggestion that I, or a member of my staff with my approval, authored an "anonymous letter" is wholly without merit.

The remaining arguments also fail to provide any grounds for recusal.

IT IS SO ORDERED this 30th day of November, 2020.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE